IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 07 066 S |
| | ) | |
| v. | ) | CR. NO. |
| | ) | In violation of 18 U.S.C. |
| MARK C. FALUGO | ) | §§ 1029(a)(2) and 1028A(a) |
| | ) | (1) and (c)(4) |

FILED
MAY 0 2 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

From in or about April 2005, and continuing until in or about January 2006, within the District of Rhode Island and elsewhere, the defendant MARK C. FALUGO, did knowingly and with the intent to defraud, traffic in and use one or more unauthorized access devices, namely, one or more Chase Card Services credit cards issued in the name of Karen M. Hofferty and Tiger Clothing, account number REDACTED and by such conduct obtained something of value, namely cash, goods, and services aggregating more than $1,000 in United States Currency during the stated period, and such conduct affected interstate and foreign commerce,

All in violation of 18 U.S.C. § 1029(a)(2).

## COUNT II

From in or about April 2004, and continuing until in or about May 2005, within the District of Rhode Island and elsewhere, the defendant MARK C. FALUGO, did knowingly and with the intent to defraud, traffic in and use one or more unauthorized access devices, namely, one or more Capital One credit cards issued in the names of Tiger Industries and Martin P. Stevens, account number REDACTED and by such conduct obtained something of value, namely cash, goods, and services aggregating more than $1,000 in United States Currency during the stated period, and such conduct affected interstate and foreign commerce,

All in violation of 18 U.S.C. § 1029(a)(2).

## COUNT III

On or about April 15, 2005, in the District of Rhode Island and elsewhere, the defendant, MARK C. FALUGO, during and in relation to the commission of trafficking and using one or more unauthorized access devices in violation of 18 U.S.C. § 1029(a)(2), and as alleged in Count I of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, the name and

social security number of Karen M. Hofferty,

All in violation of 18 U.S.C. §§ 1028A (a)(1) and (c)(4).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief

ADI GOLDSTEIN
Assistant U.S. Attorney

Date: 5-2-07