AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

MARK C. FALUGO

APPEARANCE

CASE NUMBER: CR 07-066S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mark C. Falugo

I certify that I am admitted to practice in this court.

6/26/07
*Date*

[signature]
*Signature*

Scott A. Lutes
*Print Name*

3502
*Bar Number*

ONE TURKS HEAD PLACE, SUITE 1440
*Address*

PROVIDENCE, RI 02903
*City* *State* *Zip Code*

861-1142
*Phone Number*

861-1141
*Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.