AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
MAY 02 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MARK C. FALUGO

**WARRANT FOR ARREST**

CASE NUMBER: CR07-66S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARK C. FALUGO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

USE OF AN UNAUTHORIZED ACCESS DEVICE AND FRAUDULENT USE OF AN IDENTIFICATION OF ANOTHER PERSON

in violation of Title 18 United States Code, Section(s) 1029(a)(1)(2) and (c)(4)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J Noel
Signature of Issuing Officer

May 2, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at USMS office | | |
| DATE RECEIVED 05/02/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 06/26/2007 | | |