**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **vs.** | : | **Cr. No. 07-066S** |
| **MARK C. FALUGO** | : | |

**MOTION TO EXTEND TIME FOR FILING PRE-TRIAL MOTIONS**

Now comes the attorney for the defendant, Mark C. Falugo, and hereby moves this Honorable Court to extend the time for filing pre-trial motions for an additional ten (10) days.

In support of this Motion counsel avers that the pre-trial investigation of this matter has not yet been completed. Because of this fact, defense counsel has not yet conferred with the U.S. Attorney to determine if potential pre-trial discovery issues can be resolved without the necessity of filing additional motions. A period of ten (10) days would allow the defense adequate time to complete its investigation and confer with opposing counsel.

The defendant avers that in light of the brief period of additional time sought, the interests of justice and a fair trial outweigh the interests of the public in a speedy trial of this matter.

WHEREFORE, defense counsel requests that this Motion be granted.

**MARK C. FALUGO,**

By his attorney,

/s/ Scott A. Lutes

______________________________

Scott A. Lutes, R.I. Bar #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that the ten (10) day delay occasioned by the granting of this motion will constitute in whole or in part, excludable time as defined by U.S.C. § 3161 (h), and that no other motion pertaining to this request has been previously filed.

/s/ Scott A. Lutes

______________________________

**CERTIFICATION**

I hereby certify that I caused to be served by CM/ECF, a true and accurate copy of the within Motion to Extend Time for Filing Pre-Trial Motions, to Adi Goldstein, AUSA, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, on this the 7th day of August, 2007.

/s/ Scott A. Lutes

______________________________