**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs** | **:** | **Cr. No. 07-066S** |
| **MARK C. FALUGO** | **:** | |

**MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL BEFORE TRIAL**

Now comes the defendant, Mark C. Falugo, in the above-entitled matter and hereby moves for the production of Jencks Act (18 U.S.C. § 3500) material at least ten (10) days prior to trial. Defendant seeks a Court Order of Production to avoid surprise and delay.

In support of this Motion defendant relies upon the reasoning as stated in the attached Memorandum.

WHEREFORE, in order to avoid surprise and long delays in the trial and to safeguard the constitutional and statutory rights of the defendant, this Court should order the Government to disclose Jencks Act material ten (10) days prior to trial.

**MARK C. FALUGO**,
By his attorney,

/s/ Scott A. Lutes

**Scott A. Lutes,** R.I. Bar #3502
One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 861-1141

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing or granting of this motion will constitute in whole or in part, excludable time as defined by 18 U.S.C. § 3161 (h).

/s/ Scott A. Lutes

________________________________

**CERTIFICATION**

I hereby certify that I caused to be sent via CM/ECF a copy of the within Motion For Production of Jencks Act Material Before Trial, to Adi Goldstein, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, on this the ___ day of August, 2007.

/s/ Scott A. Lutes
________________________________

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **VS.** | **:** | **CR 07-066S** |
| **MARK C. FALUGO** | **:** | |

**MEMORANDUM IN SUPPORT OF MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL PRIOR TO TRIAL**

The defendant, Mark C. Falugo, has moved for production of Jencks Act (18 U.S.C. § 3500) material at least ten (10) days prior to trial.

While a strict reading of the statute reveals that production of statements under the Act is not mandated until *after* the witness has testified, a better, more modern practice, is for the Court to compel production in advance of trial in order to assure the speedy administration of justice, avoid unnecessary delays and surprise.

Advance production of Jencks Act material is preferable to granting defense requests for continuance during trial as is allowed by 18 U.S.C. § 3500 (c) which reads:

> Whenever any statement is delivered to a defendant pursuant to this section, the Court, in its discretion, upon application of said defendant, my recess proceedings in the trial for such time as it may determine reasonably required for the examination of such statement by said defendant and his preparation for its use in the trial.

To avoid delays in the trial and to safeguard the constitutional and statutory rights of the defendant, this Court should order the Government to disclose Jencks Act material at least ten (10) days prior to trial.

**MARK C. FALUGO,**

By his attorney,

/s/ Scott A. Lutes

______________________________

**Scott A. Lutes**, R.I. Bar #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

**CERTIFICATION**

I hereby certify that I caused to be sent via CM/ECF a copy of the within Memorandum in Support of Motion for Production of Jencks Act Material Prior to Trial to Adi Goldstein, Assistant U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this the 7th day of August, 2007.

/s/ Scott A. Lutes