**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs** | : | **Cr. No. 07-066S** |
| | : | |
| **MARK C. FALUGO** | : | |

**MOTION TO POSTPONE EMPANELMENT**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court to postpone the empanelment of this case for a period of thirty (30) days. In support of this motion counsel avers that he has spoken to the U.S. Attorney handling this case and she has indicated that the Government has no objection to this request. Finally, counsel believes that a postponement best serves the interests of justice and judicial economy.

WHEREFORE, defendant respectfully prays that his Motion to Postpone Empanelment be granted.

MARK C. FALUGO,
By his attorney,

/s/ Scott A. Lutes

**Scott A. Lutes, #3502**
One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 861-1141

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing or granting of this motion will constitute in whole or in part excludable time as defined by 18 U.S.C. § 3161(h).

/s/ Scott A. Lutes

______________________________

**CERTIFICATION**

I hereby certify that I caused to be served by CM/ECF, a true and accurate copy of the within Motion to Postpone Empanelment, to Adi Goldstein, AUSA, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, on this the 8th day of August, 2007.

/s/ Scott A. Lutes

______________________________