UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 07-066S |
| | ) | |
| MARK C. FALUGO | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR PRODUCTION OF JENCKS ACT MATERIAL BEFORE TRIAL

Comes now the United States Attorney, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant United States Attorney, and objects to Defendant's Motion for Production of Jencks Act materials ten days before trial for the reasons set forth in the attached Memorandum.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its attorneys:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Adi Goldstein
ADI GOLDSTEIN/RI Bar #6701
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: adi.goldstein@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 13th day of August, 2007, I caused the within Government's Objection to Defendant's Motion For Production of Jencks Act Material Before Trial to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, RI 02903

/s/ Adi Goldstein
ADI GOLDSTEIN /RI Bar #6701
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: adi.goldstein@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 07-066S |
| | ) | |
| MARK C. FALUGO | ) | |

MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S OBJECTION

Defendant has filed various pretrial motion including a motion to compel the production of Jencks Act materials ten days before trial.[1] It is plain that under Rule 16, 18 U.S.C. § 3500, and the case law in this Circuit, that the defendant is not entitled Jencks material or a witness list prior to trial. Nevertheless, the government agrees, in its discretion, to turn over all witness statements, including grand jury material, and Giglio material, three days prior to trial, thus going above and beyond the government's discovery obligations.

"There is no requirement under F. R. Crim. P. 16 or otherwise in the law, mandating the disclosure to the defense of the identity of the government's trial witnesses. . . ." United States v. Reis, 788 F.2d 54, 58 (1st Cir. 1986); see also United States v. Edwards, 47 F.3d 841, 843 (7th Cir. 1995) ("It is well settled that the Constitution does not require pretrial disclosure of prosecution witnesses."). Rule 16(a)(2) provides that "Nor does this rule authorize the discovery

[1]It should be noted that the government has no objections to defendant's motion to preserve rough notes and writings, to the extent that they still exist. Obviously, with respect to any investigative writings that have already been destroyed or discarded, the government has no power to preserve them. Similarly, the government has no objection to defendant's motion to produce Brady materials. The government is well aware of its constitutional obligations and will abide by them. Finally, the government has no objection to defendant's motion to extend the time in which to file pretrial motions, to the extent that such time is excluded under the Speedy Trial Act.

or inspection of statements made by prospective government witnesses except as provided in 18 U.S.C. § 3500." Rule 16(a)(3) also exempts grand jury transcripts from discovery except as provided by other provisions, not applicable here.

The applicable provision governing discovery of prior statements is the Jencks Act. As the Court is well aware, under the Jencks Act the government is not required to turn over witness statements until after the witness has testified on direct examination. 18 U.S.C. §3500(a). See United States v. Neal, 36 F.3d 1190, 1197 (1st Cir. 1994) (the court may not compel the disclosure of statements of a witness before the conclusion of his direct testimony). Defendant provides the Court with no legal authority to support the early disclosure of this material. In light of the fact that the defense has already received the bulk of the discovery through the State[2], early disclosure of the remaining Jencks material will afford the defendant ample opportunity to prepare his defense.

---

[2]It should be noted that the defendant has not submitted a Rule 16 discovery request to the government, presumably because the defendant does not want to trigger the reciprocal discovery obligation provided for by Rule 16. The government has verified with counsel telephonically that no discovery request has been made. Accordingly, to date, the government has not provided defendant with discovery under Rule 16. It should be noted, however, that because the State had also indicted the defendant, defendant has received most of the existing discovery in State court.

Conclusion

For the reasons set forth above, the government asks that the Court deny Defendant's Motion to Compel, or, in the alternative, order that the government turn over the requested items no more than three days prior to the commencement of trial in this matter.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its attorneys:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Adi Goldstein
ADI GOLDSTEIN/RI Bar #6701
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: adi.goldstein@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 13th day of August, 2007, I caused the within Government's Memorandum in Support of its Objection to Defendant's Motion For Production of Jencks Act Material Before Trial to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, RI 02903

/s/ Adi Goldstein
ADI GOLDSTEIN /RI Bar #6701
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: adi.goldstein@usdoj.gov