**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 07-066S |
| | ) | |
| MARK C. FALUGO | ) | |

MOTION TO DISMISS COUNT THREE OF THE INDICTMENT

Comes now the United States of America, by and through its attorney, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves to dismiss Count III of the instant Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully Submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Adi Goldstein
Adi Goldstein/RI Bar #6701
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000(401)709-5001fax)
email:adi.goldstein@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 9th day of January, 2008, I caused the within Motion to Dismiss Count Three of the Indictment to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Scott A. Lutes
One Turks Head Place
Suite 1440
Providence, RI 0293

/s/ Adi Goldstein
Adi Goldstein
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: adi.goldstein@usdoj.gov

SO ORDERED:

______________________________
The Honorable William E. Smith
United States District Judge

DATE:___________________