**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **C.R. NO.: 07-0066-01S** |
| | : | |
| **MARK FALUGO** | : | |

**MOTION TO RETURN BAIL**

Now comes the Defendant, Mark Falugo, by and through his attorney and hereby moves this Honorable Court to Return the Ten Thousand ($10,000.00) Dollar cash bail posted by the Defendant's brother, Charles Falugo. In support of this Motion counsel avers that the Defendant has been sentenced and is currently incarcerated therefore there is no need for the bail to remain posted.

WHEREFORE, in light of the foregoing, Defendant prays that the bail is returned.

Respectfully submitted,
Mark Falugo,
By his Attorney,

_/s/ Scott A. Lutes____________________
SCOTT A. LUTES, (R.I. BAR #3502)
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
Telephone: (401) 861-1142
Facsimile: (401) 861-1141

**CERTIFICATION**

I, the undersigned do hereby certify that I caused to be sent via ECF notification a true and accurate copy of the within Motion to Adi Goldstein, Assistant U.S. Attorney, U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this the 19th day of February, 2008

__/s/ Scott A. Lutes__________________